# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. **CR120   058** |
| | ) |
| v. | ) **18 U.S.C. § 111 (a)(1) and (b)** |
| | ) **Assaulting, Resisting, or Impeding** |
| FERNANDEZ MOMENT | ) **Certain Officers or Employees** |
| | ) |
| DAVON RANDY JONES | ) **18 U.S.C. § 922 (g)(1)** |
| | ) **Possession of a Firearm by a** |
| | ) **Prohibited Person** |
| | ) |
| | ) **21 U.S.C. § 841 (a)(1)** |
| | ) **Possession with Intent to Distribute** |
| | ) **Controlled Substances** |
| | ) |
| | ) **18 U.S.C. § 924 (c)** |
| | ) **Possession of a Firearm in** |
| | ) **Furtherance of a Drug Trafficking** |
| | ) **Crime** |

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE
*Assaulting, Resisting, or Impeding Certain Officers or Employees*
18 U.S.C. § § 111 (a)(1) and (b)

On or about September 24, 2019, in Richmond County, within the Southern

District of Georgia, the defendants,

**FERNANDEZ MOMENT and DAVON RANDY JONES,**

did knowingly a feloniously assault, resist, oppose, impede, intimidate and interfere

with T. D. W., a mail carrier with the United States Postal Services, while T. D. W.

was engaged in the performance of his or her duties, and thereby inflicting bodily

injury upon T. D. W. by striking T.D.W in the head and body with closed fists.

All in violation of Title 18, United States Code, Section 111(a)(1) and (b).

## COUNT TWO
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about July 2, 2020, in Richmond County, within the Southern District of Georgia, the defendant,

## DAVON RANDY JONES,

knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, a firearm, to wit, a Glock, Model 23, .40 caliber handgun., and a  Ruger, LCP, .380 caliber semi-automatic, both of which had been transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT THREE
*Possession with Intent to Distribute a Controlled Substance (Cocaine Hydrochloride and Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about July 2, 2020, in Richmond County, within the Southern District of Georgia, the defendant,

## DAVON RANDY JONES,

did knowingly and intentionally possess with intent to distribute a quantity of cocaine hydrochloride, a Schedule II controlled substance, and  a quantity of a mixture or substance containing a detectable amount  of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR

*Possession with Intent to Distribute a Controlled Substance (Marijuana)*
21 U.S.C. § 841(a)(1)

On or about July 2, 2020, in Richmond County, within the Southern District of Georgia, the defendant,

## DAVON RANDY JONES,

did knowingly and intentionally possess with intent to distribute a quantity of marijuana, a Schedule I controlled substance..

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FIVE
*Possession of a Firearm in Furtherance of a Drug Trafficking Crime*
18 U.S.C. § 924(c)

On or about July 2, 2020, in Richmond County, within the Southern District of Georgia, the defendant,

### DAVON RANDY JONES,

did knowingly possess firearms, to wit, a Glock, Model 23, .40 caliber handgun., and a  Ruger, LCP, .380 caliber semi-automatic, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit, Possession with Intent to Distribute a Controlled Substance, in violation of Title 21, United States Code, Section 841, as charged in Counts 3 and 4 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c).

5

## FORFEITURE ALLEGATION

The allegations contained in Counts Two through Five of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461.

Upon conviction of Counts Two and Five of this Indictment charging a violation of Title 18, United States Code, Sections 922(g)(1) and 924(c), the defendants, **FERNANDEZ MOMENT and DAVON RANDY JONES**, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461, any firearm or ammunition involved in or used in any knowing violation of the charged offense(s).

Additionally, upon conviction of Counts Three, Four, and Five of this Indictment charging violations of Title 21, United States Code, Section 841(a)(1), the defendants, **FERNANDEZ MOMENT and DAVON RANDY JONES**, shall forfeit to the United States of America, pursuant to Title 21, United States Code, Sections 853, any property constituting, or derived from, any proceeds the obtained, directly or indirectly, as the result of such violation(s), and any of the property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense(s).

A True Bill
Foreperson

David H. Estes,
First Assistant United States Attorney

Tara M. Lyons
Assistant United States Attorney
*Lead Counsel

Karl Knoche
Assistant United States Attorney
Chief, Criminal Division